**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6557**

─────────────

MALCOLM A. JORDAN,

       Plaintiff - Appellant,

    v.

KATHERINE POMEROY; KEVIN HUBARD,

       Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:23-ct-03061-D)

─────────────

Submitted:  August 24, 2023                    Decided:  August 29, 2023

─────────────

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Malcolm A. Jordan, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcom A. Jordan appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Jordan v. Pomeroy*, No. 5:23-ct-03061-D (E.D.N.C. May 22, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2